MITCHELL

v.

RECONTRUST CO

20160635

Supreme Court of Utah.

12-02-2016

20140113
373 P.3d 189

Petition for Writ of Certiorari Denied.

STENQUIST

v.

MCBRIDE

20160786

Supreme Court of Utah.

12-02-2016

20150505
379 P.3d 941

Petition for Writ of Certiorari Denied.

YKNOT GLOBAL LTD.

v.

STELLIA LTD.

20160697

Supreme Court of Utah.

12-02-2016

20140313
379 P.3d 36

Petition for Writ of Certiorari Denied.

GO INVEST WISELY

v.

MURPHY

20160814

Supreme Court of Utah.

12-28-2016

20140822
382 P.3d 631

Petition for Writ of Certiorari Denied.